# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENRY CURRY, | No. 2:17-cv-2372 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| JAN SCULLY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. Although plaintiff is an inmate, this action does not challenge plaintiff's conditions of confinement. This proceeding was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has not filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff's application will be denied and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

SO ORDERED.

DATED: January 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE