UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENRY CURRY,<br><br>    Plaintiff,<br><br>    v.<br><br>JAN SCULLY, et al.,<br><br>    Defendants. | No. 2:17-cv-02372 TLN AC<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. Although plaintiff is an inmate, this action does not challenge plaintiff's conditions of confinement. This proceeding was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).

    Plaintiff has not, however, provided a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint. Accordingly, plaintiff's application for leave to proceed in forma pauperis will be dismissed and plaintiff will be provided another opportunity to resubmit an IFP application.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis (ECF No. 11) is dismissed without prejudice;

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 16, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE