UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HENRY CURRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAN SCULLY, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-02372 TLN AC PS<br><br>ORDER |

On April 16, 2018, the court denied plaintiff's application to proceed in forma pauperis ("IFP") because plaintiff failed to provide a certified copy of his prison trust account statement of the six month period immediately preceding the filing of his complaint. ECF No. 12. The court granted plaintiff 30 days to renew the IFP application. The deadline had now passed, and plaintiff has not filed his renewed IFP application.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 14 days, why his failure to file a renewed IFP application should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a renewed IFP application within

////

////

1

this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: May 18, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE